

# Fourth Court of Appeals
## San Antonio, Texas

September 9, 2019

No. 04-19-00501-CV

**IN THE MATTER OF M.M.C.D.-E.**

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-PA-01118
Honorable David A. Canales, Judge Presiding

# O R D E R

The court reporter's request for more time to file the reporter's record is granted. We order the court reporter, Luis Duran, Jr., to file the reporter's record by September 19, 2019. This is an accelerated appeal of an order terminating the appellant's parental rights which must be disposed of by this court within 180 days of the date the notice of appeal is filed. Tex. R. Jud. Admin. 6.2. Given the time constraints governing the disposition of this appeal, further requests for extensions of time will be disfavored.

The court reporter is advised that no further extensions of time will be granted absent a timely motion that (1) demonstrates extraordinary circumstances justifying further delay, (2) advises the court of the efforts expended in preparing the reporter's record, and (3) provides the court reasonable assurance that the reporter's record will be completed and filed by the requested extended deadline. The court does not generally consider a heavy work schedule to be an extraordinary circumstance.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of September, 2019.

_____
Keith E. Hottle,
Clerk of Court